472 A.2d 237

Commonwealth v. O'Hara, Appellant.

Submitted October 27, 1983. Jay Stuart Nedell, for appellant; Timothy

584

Lucas, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.